JS–6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTINEX INC | CASE NO: |
| Plaintiff(s), | 8:12–cv–01068–FMO–JPR |
| v. | |
| EVERVUE USA INC , et al. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| Defendant(s). | |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: September 10, 2013         */s/ Fernando M. Olguin*
                              Fernando M. Olguin
                              United States District Judge