JS–6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTINEX INC<br><br>            Plaintiff(s),<br><br>    v.<br><br>EVERVUE USA INC , et al.<br><br><br>            Defendant(s). | CASE NO:<br>8:12–cv–01068–FMO–JPR<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 4̲5̲ **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: September 10, 2013              /s/ *Fernando M. Olguin*
                                       Fernando M. Olguin
                                       United States District Judge